IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

M-EDIF

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Coosaw Creek Country Club

Coosaw Creek Homeowners Association

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:26-cv-01182-RMG-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Members of EDIF ("M-EDIF")
Street Address — 8638 W. Fairway Woods Drive
City and County — N. Charleston — Dorchester County
State and Zip Code — South Carolina
Telephone Number — 843-779-5486 - Business

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name — Coosaw Creek Country Club
Job or Title (if known) — Chris Mitchell
Street Address — 4110 Club Course Drive
City and County — N. Charleston — Dorchester County
State and Zip Code — South Carolina 29420
Telephone Number — (843) 767-9000

Defendant No. 2

Name — Coosaw Creek Homeowners Association
Job or Title (if known) — John Stark — President
Street Address — 4110 Club Course Drive
City and County — N. Charleston — Dorchester County
State and Zip Code — South Carolina - 29420
Telephone Number — 843-767-9000

Defendant No. 3

Name — Amazon Corporation

2

Job or Title
(if known)               *Jeff Bezos, Executive Chairman*

Street Address           *410 Terry Ave. N.*

City and County

State and Zip Code       *Seattle, WA 98109*

Telephone Number         *(206) 2600-1000*

Defendant No. 4

Name                     *Netflix Corporation*

Job or Title
(if known)               *Reed Hastings, Co-founder.*

Street Address           *100. Winchester Circle*

City and County

State and Zip Code       *Los Gatos, California 95032*

Telephone Number         *(408) 540-3700*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Civil Rights Act 1964 - Title VII, Title II*
*Federal Trade Act*
*Fair Housing Act - 1968*

3

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship** N|A

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

4



3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

_____

_____

_____

_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

5

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March 13_, 20_26_

Signature of Plaintiff _Wanda M Boyd_

Printed Name of Plaintiff _Wanda Boyd_

### B.  For Attorneys

Date of signing: _____, 20__ .

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

6

JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Complaint Cont. Friday, March 13, 2026

M-EDIF - a strategic planning firm for civil and human rights have filed a civil complaint against the following defendants

(1) Thus named defendants, Coosaw Creek County Club, AT&T, Amazon, Netflix and Apple Incorporated are named in these civil case for their participation in gang stalking and organized harassment against the founder of Members of EDIF, W. M J. Boyd of Charleston, S.C.

(2) Thus named defendants decisions and failure to implement smarter privacy practices for the protection of consumers have led to organized harassment against the founder of M-EDIE, W. m J. Boyd

(3) Members of EDIF ("M-EDIF") is a strategic planning firm focused on strategic planning for civil and human rights.

Our primary mission is to help restore the civil and human rights of Americans impacted by structural Discrimination

RCVD - USDC - CHAS, SC
2026 MAR 20 AM 8:51

JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31

Defendant list continued fri.dy 15th 2026

Apple Inc.
Arthur D. Levinson, chairman of the board
One apple Parkway,
Cupertino, California 95014

(408) 996 - 1010


AT&T Inc.
John Stankey, Chairman of the Board
208 K. Akard St,,
Dallas, Texas 75202

(210) 821 - 4105

JAN  FEB  (MAR)  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC

1 2 3 4 5 6 7 8 9 10 11 12 (13) 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Complaint     pg 1          Friday, March 13, 2026

Coosaw Creek County Club only

M-EDIF

vs

Coosaw Creek County Club

Coosaw Creek Homeowner Association

1  In 2011, WMJ Boyd, and family moved to the Coosaw Creek County club community, with hopes of joining the ranks of other professional black homeowners.

2  Instead what they found was a community practicing Jim Crow Era laws.

3  The Coosaw Creek community had become a willing participant of the MAGA Agenda pushing long time homeowners out w/ fraudulent billing practices in order to create over the top monthly dues and fees that reached unaffordable amounts, leading to homeowners in foreclosure.

JAN  FEB  (MAR)  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC
1 2 3 4 5 6 7 8 9 10 11 12 (13) 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Complaint page 2    Friday March 13 2026

④ Coosaw Creek - fraudulent practices overstepped the legal boundaries of the Title VI.

In the end Homeowners ^Mis Boyd were placed on non eligable list that denied them ^her access to club amenities and access to the club restaurant or grounds.

⑤ Coosaw Creek - Home owner association decision to participate in the MAGA agenda, with a mission to create housing inventory for incoming transplants to the area, Harassing and discriminating against Ms Boyd, impacting her civil and human rights.

⑥ Coosaw Creek - Participated in third party Country club  structural discrimination. refusing landscapers, repairmen to her home.
In addition to sexual Harassment by a security officer in the guard gate.